AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Julie Miller   (AKA: Hong Ngo)

Defendant

)
)
)
)
)
)
)

Case: 1:23-mj-00127
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 6/12/2023
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Julie Miller,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

*M.A. Upah* [signature]

Moxila A. Upadhyaya
2023.06.12 14:56:38 -04'00'

Date:      06/12/2023

*Complaintant's signature*

City and state:      Washington, D.C.

Honorable Moxila A. Upadhyaya
*United States Magistrate Judge*

### Return

This warrant was received on (date)   6/12/23  , and the person was arrested on (date)   6/13/23
at (city and state)   Worcsh, MA

Date:   6/13/23

*CL SL* [signature]
*Arresting officer's signature*

SA Chris Kelse
*Printed name and title*